UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 21 CR 528 |
| vs. | ) | |
| | ) | |
| BRITTISH WILLIAMS | ) | |

## MOTION TO CONTINUE HEARING

Comes now the Defendant, BRITTISH WILLIAMS, by and through her attorney, Beau B. Brindley, and respectfully moves this Court to continue the revocation hearing set for February 9, 2024. In support, she states the following.

1. Ms. Williams is scheduled for a bond revocation hearing on February 9, 2024. She is presently in the midst of serving her sentence and has a motion for resentencing pending before this Court as well as her case pending in the Court of Appeals.

2. This Court has rescheduled this hearing thrice. The undersigned was scheduled to conduct trial in the Central District of California beginning on February 6, 2024. The trial *US v. Eric Ellis*, Case No. 22 CR 298, before the Honorable Judge Stanley Blumenfeld did indeed go forward. Unfortunately, the undersigned originally believed the trial would be concluded at the latest by February 8th. As of February 8th, at 3:30pm the undersigned no longer believes that to be the case and the trial will in fact go into tomorrow February 9th, 2024.

3. The undersigned requests that the hearing be reset to any of the following dates February 13th, February 16th or February 20th.

WHEREFORE, Defendant, Brittish Williams, respectfully moves this Court to continue the revocation hearing scheduled for February 9, 2024.

        Respectfully submitted,
        Brittish Williams
By:    <u>s/ Beau B Brindley</u>

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
312.765.8878

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a true and correct copy of the attached motion to be served upon the government by electronically serving it through the CM/ECF system on February 8, 2024.

s/ Beau B. Brindley

THE LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878

3